# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John Paul Rasmussen Jr. aka John P Rasmussen, aka John P Rasmussen, Jr, aka John Rasmussen & <br><br>Marguerite Grace Rasmussen aka Marguerite G Rasmussen, aka Marguerite Rasmussen, aka Meg Rasmussen <br><br>Debtor(s) | BK NO. 18-00578 RNO <br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank as servicer for LAKEVIEW LOAN SERVICING LLC and index same on the master mailing list.

                  Respectfully submitted,

                  **/s/ James C. Warmbrodt, Esquire**
                  James C. Warmbrodt, Esquire
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA  19106
                  412-430-3594