```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                                     Case No. 18-00578-RNO
John Paul Rasmussen, Jr
Marguerite Grace Rasmussen                                                 Chapter 13
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5         User: AGarner              Page 1 of 2           Date Rcvd: Apr 26, 2018
                             Form ID: ntcnfhrg          Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2018.
db/jdb         +John Paul Rasmussen, Jr,    Marguerite Grace Rasmussen,    206 Hudson Street,
                 Jermyn, PA 18433-1417
5022972        +Andrew Sklar, Esq.,    SKLAR LAW, LLC,    1200 Laurel Oak Road, Suite 102,
                 Voorhees, NJ 08043-4317
5025173        +Andrew Sklar, Esquire,    SKLAR LAW LLC,    1200 Laurel Oak Road, Suite 102,
                 Voorhees, NJ 08043-4317
5022973        +Ann Marie DeSanto, Tax Collector,    Borough of Jermyn,    219 Hudson Street,
                 Jermyn, PA 18433-1416
5022974        +BARCLAYCARD CARD SERVICES,    CREDIT CARD PAYMENTS,    PO BOX 60517,
                 CITY OF INDUSTRY CA 91716-0517
5022975        +BOROUGH OF JERMYN,    440 JEFFERSON AVE,    JERMYN PA 18433-1316
5022976        +CABELAS VISA,    PO BOX 82575,    LINCOLN NE 68501-2575
5022977        +CAPITAL ONE,    PAYMENT PROCESSING,    PO BOX 71083,    CHARLOTTE NC 28272-1083
5022978         CITIBANK,    PO BOX 9001037,    LOUISVILLE KY 40290-1037
5038438         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5022979         DISCOVER,    PO BOX 742655,    CINCINATTI OH 45274-2655
5022982        +Equifax,    PO Box 740256,    Atlanta GA 30374-0256
5022983        +Experian,    Profile Maintenance,    PO Box 9558,    Allen TX 75013-9558
5022984        +FIDELITY DEPOSIT & DISCOUNT BANK,    101 NORTH BLAKELY ST,    DUNMORE PA 18512-1900
5022985       #+GLOBAL CLIENT SOLUTIONS,    4500 S 129TH E AVE STE 177,    TULSA OK 74134-5870
5022987        +Jonathan Cawley, Esq.,    Zwicker & Associates, P.C.,    3220 Tillman Drive Suite 215,
                 Bensalem, PA 19020-2028
5022989        +LACKAWANNA COUNTY TAX CLAIM BUREAU,    135 JEFFERSON AVE 101,    SCRANTON PA 18503-1716
5022990        +LAKELAND SCHOOL DISTRICT,    1355 LAKELAND DR,    SCOTT TOWNSHIP PA 18433-7814
5022988         Lackawanna County Collector of Taxes,    PO Box 709,    Scranton PA 18501-0709
5022993        +Magisterial District No. 45-3-04,    Magistrate DJ Laura M. Turlip,    400 Church St., 2nd Floor,
                 Archbald, PA 18403-2107
5022995        +National Debt Relief,    11 Broadway, 16th FL,    New York,, NY 10004-1313
5022998        +SINGLE TAX OFFICE,    100 THE MALL AT STEAMTOWN UNIT 216,    SCRANTON PA 18503-2047
5023000         TARGET,    PO BOX 660170,    DALLAS TX 75266-0170
5023001        +Transunion Corporation,    Attention Public Records,    555 West Adams St,
                 Chicago IL 60661-3631
5023002        +WAYNE MEMORIAL HOSPITAL,    601 PARK ST,    HONESDALE PA 18431-1498
5023003         ZWICKER AND ASSOC PC,    80 MINUTEMAN RD,    ANDOVER MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5029526        +E-mail/Text: bankruptcy@cavps.com Apr 26 2018 18:59:17      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
5022981         E-mail/Text: mrdiscen@discover.com Apr 26 2018 18:58:59      DISCOVER FINANCIAL SERVICES,
                 PO BOX 6103,    CAROL STREAM IL 60197-6103
5022980         E-mail/Text: mrdiscen@discover.com Apr 26 2018 18:58:59      DISCOVER BANK,
                 C/O DISCOVER PRODUCTS, INC.,,    6500 NEW ALBANY RD,    NEW ALBANY OH 43054
5025034         E-mail/Text: mrdiscen@discover.com Apr 26 2018 18:58:59      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5022986         E-mail/Text: cio.bncmail@irs.gov Apr 26 2018 18:59:01      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
5022991         E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2018 19:02:44      LOWES SYNCHRONY BANK,
                 PO BOX 530914,    ATLANTA GA 30353-0914
5051279         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 26 2018 19:02:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5047475         E-mail/Text: camanagement@mtb.com Apr 26 2018 18:59:06      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
5022992         E-mail/Text: camanagement@mtb.com Apr 26 2018 18:59:06      M&T BANK,    PO BOX 1288,
                 BUFFALO NY 14240
5051432         E-mail/Text: bkr@cardworks.com Apr 26 2018 18:58:58      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5022994         E-mail/Text: bkr@cardworks.com Apr 26 2018 18:58:58      MERRICK BANK,    CUSTOMER SERVICE,
                 PO BOX 9201,    OLD BETHPAGE NY 11804-9001
5022996         E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Apr 26 2018 18:59:11
                 OFFICE OF US TRUSTEE MD OF PA,    228 WALNUT ST 11TH FLOOR,    PO BOX 969,
                 HARRISBURG PA 17108-0969
5023592        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2018 19:03:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5022997         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 26 2018 18:59:08
                 Pennsylvania Department of Revenue,    Department 280946,    Attn: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
5045452         E-mail/Text: bnc-quantum@quantum3group.com Apr 26 2018 18:59:06
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
5022999        +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2018 19:02:30      SYNCHRONY AMAZON,    PO BOX 960013,
                 ORLANDO FL 32896-0013
5050853        +E-mail/Text: bncmail@w-legal.com Apr 26 2018 18:59:15      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2018 at the address(es) listed below:

```
             Carlo Sabatini    on behalf of Debtor 1 John Paul Rasmussen, Jr usbkct@bankruptcypa.com,
              kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
              ypa.com
             Carlo Sabatini    on behalf of Debtor 2 Marguerite Grace Rasmussen usbkct@bankruptcypa.com,
              kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptc
              ypa.com
             Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
             James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
             United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| John Paul Rasmussen Jr aka John P Rasmussen, aka John P Rasmussen Jr, aka John Rasmussen | Chapter | 13 |
| Marguerite Grace Rasmussen aka Marguerite G Rasmussen, aka Marguerite Rasmussen, aka Meg Rasmussen | Case No. | 5:18−bk−00578−RNO |
| Debtor(s) | | |

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **June 6, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 13, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 26, 2018 |