## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re John Rasmussen and Marguerite Rasmussen, <br> Debtors | Case No. 5:18-bk-00578-HWV |

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:_____

My current employer and my employer's address:_____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375[*] in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local

---

[*] Amounts are subject to adjustment on 4/1/19 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

Document Ref: HTS24-T5STU-SU4UV-JAVTU

law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375[*] in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on __03 / 22 / 2021__

_____
Debtor John Rasmussen

Document Ref: HTS24-T5STU-SU4UV-JAVTU

# Signature Certificate

Document Ref.: HTS24-T5STU-SU4UV-JAVTU

Document signed by:



## John Rasmussen

Verified E-mail:
captainspeedfingers@hotmail.com

| IP: 72.28.61.234 | Date: 22 Mar 2021 20:39:38 UTC |
|---|---|



Document completed by all parties on:
22 Mar 2021 20:39:38 UTC

Page 1 of 1

Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

