# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re John Paul Rasmussen, Jr. and Marguerite Grace Rasmussen,<br>　　　　　Debtors | Chapter 13<br><br>Case No. 5:18-bk-00578-HWV |
| John Paul Rasmussen, Jr. and Marguerite Grace Rasmussen,<br>　　　　　Movants<br>v.<br><br>Lakeview Loan Servicing LLC,<br>　　　　　Respondent | |

## CERTIFICATE OF SERVICE

　　　I, Ashley Werner, of Sabatini Freeman, LLC certify that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that on March 26, 2021 I served a copy of the within Notice of Final Cure Payment upon the following parties at their respective addresses by depositing same in the United States Mail, First Class, Postage Prepaid addressed to:

M&T Bank
P.O. Box 1288
Buffalo, NY 14240-0810

　　　Charles J. DeHart, III, Esquire will be served through the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2021　　　　　　　　　　　　/s/Ashley Werner
　　　　　　　　　　　　　　　　　　　　　　　　　Ashley Werner, Paralegal
　　　　　　　　　　　　　　　　　　　　　　　　　Sabatini Freeman, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　216 N. Blakely St.
　　　　　　　　　　　　　　　　　　　　　　　　　Dunmore, PA 18512
　　　　　　　　　　　　　　　　　　　　　　　　　Phone (570) 341-9000
　　　　　　　　　　　　　　　　　　　　　　　　　kecf@bankruptcypa.com