United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-00578-HWV |
| John Paul Rasmussen, Jr | Chapter 13 |
| Marguerite Grace Rasmussen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Mar 26, 2021      Form ID: 3180W      Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Paul Rasmussen, Jr, Marguerite Grace Rasmussen, 206 Hudson Street, Jermyn, PA 18433-1417 |
| 5022972 | #+ | Andrew Sklar, Esq., SKLAR LAW, LLC, 1200 Laurel Oak Road, Suite 102, Voorhees, NJ 08043-4317 |
| 5025173 | #+ | Andrew Sklar, Esquire, SKLAR LAW LLC, 1200 Laurel Oak Road, Suite 102, Voorhees, NJ 08043-4317 |
| 5022973 | + | Ann Marie DeSanto, Tax Collector, Borough of Jermyn, 219 Hudson Street, Jermyn, PA 18433-1416 |
| 5022975 | + | BOROUGH OF JERMYN, 440 JEFFERSON AVE, JERMYN PA 18433-1316 |
| 5022976 | + | CABELAS VISA, PO BOX 82575, LINCOLN NE 68501-2575 |
| 5022979 | | DISCOVER, PO BOX 742655, CINCINATTI OH 45274-2655 |
| 5022982 | + | Equifax, PO Box 740256, Atlanta GA 30374-0256 |
| 5022983 | + | Experian, Profile Maintenance, PO Box 9558, Allen TX 75013-9558 |
| 5022984 | + | FIDELITY DEPOSIT & DISCOUNT BANK, 101 NORTH BLAKELY ST, DUNMORE PA 18512-1900 |
| 5022985 | + | GLOBAL CLIENT SOLUTIONS, 4500 S 129TH E AVE STE 177, TULSA OK 74134-5801 |
| 5022987 | + | Jonathan Cawley, Esq., Zwicker & Associates, P.C., 3220 Tillman Drive Suite 215, Bensalem, PA 19020-2028 |
| 5022990 | + | LAKELAND SCHOOL DISTRICT, 1355 LAKELAND DR, SCOTT TOWNSHIP PA 18433-7814 |
| 5022988 | | Lackawanna County Collector of Taxes, PO Box 709, Scranton PA 18501-0709 |
| 5022993 | + | Magisterial District No. 45-3-04, Magistrate DJ Laura M. Turlip, 400 Church St., 2nd Floor, Archbald, PA 18403-2107 |
| 5022995 | + | National Debt Relief, 11 Broadway, 16th FL, New York,, NY 10004-1313 |
| 5023001 | + | Transunion Corporation, Attention Public Records, 555 West Adams St, Chicago IL 60661-3631 |
| 5023003 | | ZWICKER AND ASSOC PC, 80 MINUTEMAN RD, ANDOVER MA 01810-1008 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5022974 | + | EDI: TSYS2.COM | Mar 26 2021 23:08:00 | BARCLAYCARD CARD SERVICES, CREDIT CARD PAYMENTS, PO BOX 60517, CITY OF INDUSTRY CA 91716-0517 |
| 5022977 | + | EDI: CAPITALONE.COM | Mar 26 2021 23:08:00 | CAPITAL ONE, PAYMENT PROCESSING, PO BOX 71083, CHARLOTTE NC 28272-1083 |
| 5022978 | | EDI: CITICORP.COM | Mar 26 2021 23:08:00 | CITIBANK, PO BOX 9001037, LOUISVILLE KY 40290-1037 |
| 5038438 | | EDI: CAPITALONE.COM | Mar 26 2021 23:08:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5029526 | + | Email/Text: bankruptcy@cavps.com | Mar 26 2021 19:45:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5022981 | | EDI: DISCOVER.COM | Mar 26 2021 23:08:00 | DISCOVER FINANCIAL SERVICES, PO BOX 6103, CAROL STREAM IL 60197-6103 |
| 5022980 | | EDI: DISCOVER.COM | Mar 26 2021 23:08:00 | DISCOVER BANK, C/0 DISCOVER |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PRODUCTS, INC.,, 6500 NEW ALBANY RD, NEW ALBANY OH 43054 |
| 5025034 | | EDI: DISCOVER.COM | Mar 26 2021 23:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5022986 | | EDI: IRS.COM | Mar 26 2021 23:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5022991 | | EDI: RMSC.COM | Mar 26 2021 23:08:00 | LOWES SYNCHRONY BANK, PO BOX 530914, ATLANTA GA 30353-0914 |
| 5051279 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 19:56:46 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5047475 | | Email/Text: camanagement@mtb.com | Mar 26 2021 19:43:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 5022992 | | Email/Text: camanagement@mtb.com | Mar 26 2021 19:43:00 | M&T BANK, PO BOX 1288, BUFFALO NY 14240 |
| 5051432 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2021 19:54:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5022994 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2021 19:54:41 | MERRICK BANK, CUSTOMER SERVICE, PO BOX 9201, OLD BETHPAGE NY 11804-9001 |
| 5022996 | | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Mar 26 2021 19:44:00 | OFFICE OF US TRUSTEE MD OF PA, 228 WALNUT ST 11TH FLOOR, PO BOX 969, HARRISBURG PA 17108-0969 |
| 5023592 | + | EDI: PRA.COM | Mar 26 2021 23:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5022997 | | EDI: PENNDEPTREV | Mar 26 2021 23:08:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5022997 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 26 2021 19:44:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5045452 | | EDI: Q3G.COM | Mar 26 2021 23:08:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5022999 | + | EDI: RMSC.COM | Mar 26 2021 23:08:00 | SYNCHRONY AMAZON, PO BOX 960013, ORLANDO FL 32896-0013 |
| 5023000 | | EDI: WTRRNBANK.COM | Mar 26 2021 23:08:00 | TARGET, PO BOX 660170, DALLAS TX 75266-0170 |
| 5050853 | + | Email/Text: bncmail@w-legal.com | Mar 26 2021 19:45:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5023002 | + | Email/Text: meronem@wmh.org | Mar 26 2021 19:42:00 | WAYNE MEMORIAL HOSPITAL, 601 PARK ST, HONESDALE PA 18431-1498 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5022989 | ##+ | LACKAWANNA COUNTY TAX CLAIM BUREAU, 135 JEFFERSON AVE 101, SCRANTON PA 18503-1716 |
| 5022998 | ##+ | SINGLE TAX OFFICE, 100 THE MALL AT STEAMTOWN UNIT 216, SCRANTON PA 18503-2047 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 John Paul Rasmussen Jr usbkct@bankruptcypa.com, kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;G62721@notify.cincompass.com |
| Carlo Sabatini | on behalf of Debtor 2 Marguerite Grace Rasmussen usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;G62721@notify.cincompass.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

|  |  |  |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | John Paul Rasmussen Jr | Social Security number or ITIN xxx–xx–3764 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Marguerite Grace Rasmussen | Social Security number or ITIN xxx–xx–2911 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–00578–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Paul Rasmussen Jr
aka John P Rasmussen, aka John P Rasmussen Jr, aka John Rasmussen

Marguerite Grace Rasmussen
aka Marguerite G Rasmussen, aka Marguerite Rasmussen, aka Meg Rasmussen

3/26/21

**By the court:** Henry W. Van Eck
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W            **Chapter 13 Discharge**                            page 1

Case 5:18-bk-00578-HWV    Doc 36    Filed 03/28/21    Entered 03/29/21 00:36:25    Desc
Imaged Certificate of Notice    Page 4 of 5

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**